Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates To:<br>*Leonard W. Feiseler, et al. v. Pfizer Inc., et al*<br><br>**CASE NO. C-06-7554-CRB** | Case No. C-06-7554-CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, Leonard W. Fieseler; Troy Brown, Individually & as Representative of the Estate of Willie Brown, Deceased; Vernon Johnson; Jack J. Songer; Leslie Toth and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009

*/s/ Austin W. Anderson*
_____
Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

| | | |
|---|---|---|
| 1 | DATED:<br>February 4, 2010 | *[signature]*<br>Michelle W. Sadowsky |
| 2 | | DLA PIPER LLP (US) |
| 3 | | 1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| 4 | | 212.335.4500<br>*Attorneys for Defendants* |

**APPROVED AND SO ORDERED.**

DATED: **FEB 17 2010**

*[signature]*

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE