1
2   Austin W. Anderson
    WATTS LAW FIRM, LLP
3   2506 N. Port Avenue
    Corpus Christi, TX 78401
4   1.800.301.2823
    *Attorneys for Plaintiffs,*

5
                    UNITED STATES DISTRICT COURT
6
                    NORTHERN DISTRICT OF CALIFORNIA
7
                         SAN FRANCISCO DIVISION
8

9   **IN RE: BEXTRA AND CELEBREX**              )
    **MARKETING SALES PRACTICES, AND**          )   Case No. C-06-7554-CRB
10  **PRODUCT LIABILITY LITIGATION**            )
                                                )   MDL NO. 1699
11  This Document Relates To:                   )
    *Leonard W. Feiseler, et al. v. Pfizer Inc., et al*  )   District Judge: Charles R. Breyer
12                                              )
                                                )
13       **CASE NO. C-06-7554-CRB**             )   **STIPULATION AND ORDER OF**
                                                )   **DISMISSAL WITH PREJUDICE**
14

15  _____

16  COME NOW Plaintiffs, Leonard W. Fieseler; Troy Brown, Individually & as Representative of

17  the Estate of Willie Brown, Deceased; Vernon Johnson; Jack J. Songer; Leslie Toth

18  and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a),

19  hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own

20  attorneys' fees and costs.

21
22
23  DATED: December 30, 2009                    [signature]

24                                              _____
                                                Austin W. Anderson
25                                              WATTS LAW FIRM, LLP
                                                2506 N. Port Avenue
26                                              Corpus Christi, TX 78401
                                                1.800.301.2823
27                                              *Attorneys for Plaintiffs,*

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED:
   February 4, 2010
2                                              Michelle W. Sadowsky
                                               DLA PIPER LLP (US)
3                                              1251 Avenue of the Americas
                                               New York, NY 10020-1104
                                               212.335.4500
4                                              *Attorneys for Defendants*

5

**APPROVED AND SO ORDERED.**

6

7  DATED: FEB 1 7 2010

8                                              _____
                                               **CHARLES R. BREYER**
9                                              **UNITED STATES DISTRICT JUDGE**

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**